1
2
3
4
# UNITED STATES DISTRICT COURT

5
## EASTERN DISTRICT OF CALIFORNIA

6
7    HECTOR NARVAIZ,                              Case No. 1:20-cv-00848-SKO

8                       Plaintiff,               **ORDER LIFTING STAY TO PERMIT**
                                                 **APPROVAL OF MOTION TO**
9           v.                                   **PROCEED IN FORMA PAUPERIS AND**
                                                 **FOR SERVICE UPON DEFENDANT**
10
     ANDREW M. SAUL,
11   Commissioner of Social Security,

12                      Defendant.
     _____/
13

14          On June 17, 2020, Plaintiff Hector Narvaiz filed this action seeking judicial review of a final

15   decision of the Commissioner of Social Security ("Commissioner") denying his applications for

16   disability benefits pursuant to the Social Security Act.  (Doc. 1.)  He also filed an application to

17   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)

18          On June 19, 2020, the Court entered an order staying proceedings in this matter pursuant to

19   General Order No. 615 ("G.O. No. 615").  (Doc. 3.)  G.O. No. 615, issued April 14, 2020, stays all

20   Social Security actions filed after February 1, 2020, until the Commissioner may begin normal

21   operations at the Office of Appellate Hearings Operations and may resume preparation of a certified

22   copy of the administrative record.  *See* E.D. Cal. G.O. No. 615.

23          Upon reconsideration of G.O. No. 615, the Court has determined that the General Order

24   contemplated: (1) Plaintiff's payment of the filing fee or adjudication of an application to proceed

25   *in forma pauperis*; and (2) issuance of a summons and service of the complaint upon the

26   Commissioner, despite staying the proceedings in all other regards.

27          Accordingly, it is hereby ORDERED that the stay in this matter shall be lifted for the limited

28   purpose of: (1) adjudication of Plaintiff's pending application to proceed *in forma pauperis* (Doc.

2); and (2) issuance of the summons by the Clerk of Court to permit service of the complaint on the Commissioner.  In all other regards, the stay of proceedings in this case shall continue and will be automatically lifted when the Commissioner files the certified copy of the administrative record. *See* E.D. Cal. G.O. 615 ¶¶ 6, 10.

IT IS SO ORDERED.

Dated:   **September 21, 2020**                    /s/ *Sheila K. Oberto*

                                        UNITED STATES MAGISTRATE JUDGE