PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR NARVAIZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 1:20-cv-00848-SKO<br><br>STIPULATED MOTION AND SECOND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 24) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 31, 2021, to December 30, 2021.  This is Defendant's second request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has been unable to devote the time required to complete Defendant's response to Plaintiff's Motion for Summary Judgment due to competing workload requirements. In light of the global Covid-19 crisis significantly impacting workloads and work processes Counsel for Defendant is currently handling over 100 active circuit and district court disability cases at various stages of litigation. Moreover, the undersigned attorney is currently on extended family leave due to the birth of his second child. Due to the volume of the overall workload within the Region IX Office (currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam), neither the undersigned attorney nor another attorney in the Region IX Office will be able to complete briefing by the current due date of October 31, 2021.

An extension until December 30, 2021 should give sufficient time for Counsel for Defendant to complete the response to Plaintiff's Motion for Summary Judgment. Counsel apologizes to the Court for any inconvenience caused by this delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATE: November 9, 2021        By:   *s/ Oscar Gonzalez de Llano*
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: November 9, 2021        By:   /s/ *Jonathan O. Pena* *
                                    Jonathan O. Pena, Esq.
                                    Attorney for Plaintiff (*as authorized by email)

ORDER

Pursuant to Defendant's stipulated Motion (Doc. 24), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including December 30, 2021, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order (Doc. 15) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 10, 2021**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE